UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES P. LI, | ) |
| | ) CASE NO.: 2:19-cv-10230-PVC |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER AWARDING EAJA** |
| | ) **FEES AND COSTS** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: December 16, 2020     _____
                             HON. PEDRO V. CASTILLO
                             United States Magistrate Judge

-1-